**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO. 3:15-cr-30-J-39MCR

RUSSELL SACHS

**REPORT AND RECOMMENDATION[1]
CONCERNING PLEA OF GUILTY**

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count Four of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

      **DONE** and **ORDERED** in Jacksonville, Florida on this 11th day of July, 2016.

                                                        MONTE C. RICHARDSON
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Brian J. Davis,
United States District Judge
Kayce Reis, Courtroom Deputy
Assistant United States Attorney (Heavener/Devereaux)
Larry Murrell, Jr., Esq.
Janet Johnson, Esq.

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B), 6.02, M.D. Fla. Rules.