UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 15-CR-30-J-39MCR

UNITED STATES OF AMERICA,

vs.

RUSSELL SACHS,
                    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW,** the Defendant, Russell Sachs, by and through his undersigned counsel and moves this Honorable Court for an order continuing this matter for sentencing. As grounds for said motion, undersigned counsel would state the following:

1.     On July 11, 2016, the Defendant entered a guilty plea to a lesser included offense contained in Count Four of the Indictment.

2.     This matter is presently scheduled for sentencing for October 26, 2016 at 2:00 PM.

3.     The Pre-Sentence Report has not yet been completed or provided to counsel for review.

4.     Co-Counsel for the Defendant, Janet Johnson, has longstanding vacation plans and will be out of the country two weeks prior to sentencing.

5.     Co-Counsel for the Defendant, Donnie Murrell, is set on a two week trial docket in Palm Beach County commencing October 11, 2016 for a second-degree murder case.

6.     The undersigned has spoken with Assistant US Attorney, Mac Heavener, Esq., and can represent that the Government does not oppose the relief sought by this motion.

## INCORPORATED MEMORANDUM OF LAW

As part of its inherent powers, the Court has discretion to modify its own scheduling orders in the interest of justice or in order to facilitate its operations.

Respectfully Submitted,

**DONNIE MURRELL, ESQ.**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: (561) 686-2700
Facsimile: (561) 686-4567
Email: ldmpa@bellsouth.net

**JANET JOHNSON, ESQ.**
**FLORIDA BAR NO: 012149**
3219 Atlantic Boulevard
Jacksonville, FL 32207-8901
Telephone: (904) 634-8991
Facsimile: (904) 634-8998
Email: janet@janetejohnsonlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2016, a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mac D. Heavener, III
Assistant U.S. Attorney,
Mac.Heavener@usdoj.gov

Mark Devereaux, Esq.
Assistant U.S. Attorney,
Mark.Devereaux@usdoj.gov

**DONNIE MURRELL, ESQ.**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: (561) 686-2700
Facsimile: (561) 686-4567
Email: ldmpa@bellsouth.net

**JANET JOHNSON, ESQ.**
**FLORIDA BAR NO: 012149**
3219 Atlantic Boulevard
Jacksonville, FL 32207-8901
Telephone: (904) 634-8991
Facsimile: (904) 634-8998
Email: janet@janetejohnsonlaw.com